Appeal No. 04-14-00643-CR
in the
Fourth Court of Appeals
A Bexar county Texas
Lonnie Price
(Appellant)
V.
The State of Texas
(Appellee)

2015 MAY 11 AM 11:59
IN THE COURT OF APPEALS
SAN ANTONIO, TEXAS
THE HON. KEITH E. HOTTLE

Appeal of the cause number 04-14-00643-CR From the 186th Judicial district court of Bexar county

FIRST MOTION FOR Extension oF Time To File Appellants Pro se brief or response To Anders brief

To the honorable Justices of the Court of Appeals:

Comes now Lonnie Price Appellant pro se, and respectfully moves The court to extend the deadline For filing his brief (or response) by thirty days in support Appellant would show the following:

I

on June 17, 2014 The Jury (or Judge) Found the Appellant guilty of Burglary of habitation The Jury (or Judge) assesed punishment at 20 years of imprisonment in the texas department of criminal Justice.

II

on may 4, 2015 Appellant received notice by mail that his Appeal attorney filed an Anders brief on his behalf and notice that Appellant had a right to file a pro se brief or response to The Anders brief

### III

This is Appellants First request For extension. Appellant is unable To meet the deadline For the Following reasons: [limited access to law library to a few hours a day limited legal knowledge thereby slowing down my research, Etc.]

### IV

For the reason Stated above, Appellant respectfully request an additional thirty days to Complete the pro se brief or response in Support of Appellants Appeal.

Appellant prays that the court grant this motion and extend the time to file Appellants Pro se brief or response by thirty days extending the deadline to June 26, 2015

Respectfully Submitted

Lonnie price

(Appellant pro se)

4304 Hwy 202, Beeville Tx 78102

## Certificate of service

I hearby certify that on may 7, 2015 a true and correct copy of Appellants motion for extension To file his brief or response was mailed to The attorney for the state by U.S First class mail addressed to patrick barry montgomery 111 Soledad street, suit 300, San antonio TX 78205

*Lonnie price*
(Appellant Pro se)

I Lonnie price TDCJ # 1939616 being presently incarcerated in the garza east unit of Texas department of criminal Justice institutional division in Beeville County Texas verify and declare under penalty of Perjury that the foregoing Statements are true and correct executed on this the 7 day of may 2015

*Lonnie price*
TDCJ# 1939616

USA
FOREVER
2014

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
07 MAY 2015 PM 2 1

Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio TX, 78205-3037

Lonnie Price #1939616
4304 Hwy 202
Beeville TX 78102

FILED
IN THE COURT
AT SAN ANTONIO

2015 MAY 11 AM11:59

78205203768